**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie WOLFE, | No. CIV 05-2497-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | |
| Defendant. | |

Pending before the Court is the parties' Joint Motion to Continue Final Pretrial Deadlines. [Doc. No. 32] Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion to Continue Final Pretrial Deadlines [Doc. No. 32] is **GRANTED**.

**IT IS FURTHER ORDERED** that motions in limine shall be filed no later than October 6, 2006.  Responses to motions in limine are due October 13, 2006.

**IT IS FURTHER ORDERED** that the Proposed Pretrial Order shall be submitted to the Court no later than 4:00 p.m. on October 6, 2006.

//

//

//

1 **IT IS FURTHER ORDERED** that all provisions of the Court's July 7, 2006 Order
2 Regarding Final Pretrial Conference [Doc. No. 25], with the exception of the dates above,
3 remain in full force and effect.

4 DATED this 16th day of August, 2006.

Stephen M. McNamee
United States District Judge