**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie WOLFE, | No. CIV 05-2497-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | |
| Defendant. | |

Pending before the Court is the parties' Joint Motion to Continue Proposed Pretrial Order, Motions in Limine and Final Pretrial Conference. [Doc. No. 37] Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion to Continue Proposed Pretrial Order, Motions in Limine and Final Pretrial Conference [Doc. No. 37] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference scheduled for November 7, 2006 is **VACATED**. The Court will reschedule the Final Pretrial Conference after Plaintiff files a Notice of Readiness for Final Pretrial Conference. Plaintiff is instructed to file this Notice after the dispositive motion deadline if no dispositive motions are filed. If dispositive motions are filed, then the Court will schedule a Final Pretrial Conference after ruling on the dispositive motions.

//

1    **IT IS FURTHER ORDERED** that the deadline for filing the Proposed Pretrial Order
2 and Motions in Limine, currently scheduled for October 6, 2006, is **VACATED**. The Court
3 will schedule new deadlines for the Proposed Pretrial Order and Motions in Limine at a later
4 date.

5    The parties are warned that the dispositive motion deadline remains unchanged and
6 that all dispositive motions shall be filed no later than **October 30, 2006.**

7    DATED this 19th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge