**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leslie WOLFE, | ) | No. CIV 05-2497-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Pending before the Court is the parties' Joint Motion to Extend Time to Complete Discovery. [Doc. No. 41]  Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion to  Extend Time to Complete Discovery. [Doc. No. 41] is **GRANTED**.  All discovery shall be completed by October 31, 2006.

**IT IS FURTHER ORDERED** that because the current dispositive motion deadline falls before the conclusion of discovery, the Court shall **VACATE** the dispositive motion deadline scheduled for October 30, 2006.

**IT IS FURTHER ORDERED** the all dispositive motions shall be filed **no later than November 10, 2006.**

DATED this 2nd day of October, 2006.

Stephen M. McNamee
United States District Judge