**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie WOLFE, | No. CIV 05-2497-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Extend Time to Complete Discovery. [Doc. No. 43]  Good cause appearing,

**IT IS ORDERED** the Defendant's Motion to Extend Time to Complete Discovery [Doc. No. 43] is **GRANTED**.

**IT IS FURTHER ORDERED** that the discovery cutoff be extended to December 31, 2006.

**IT IS FURTHER ORDERED** that the dispositive motion deadline be extended to January 15, 2007.  The parties are warned that **no further extensions shall be granted**.

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge